IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARDO TAVARES,                              )
                                               )
                    Plaintiff(s),              )        No. C 07-4322 CRB (PR)
                                               )
        vs.                                    )        ORDER OF TRANSFER
                                               )
MICHAEL FARLEY,                                )
                                               )
                    Defendant(s).              )
_____                )

        Plaintiff, a prisoner at Valley Creek Conservation Camp in Elk Creek, California,
has filed a pro se complaint for damages against his former criminal defense attorney,
Michael Farley.  Plaintiff alleges that Farley was grossly negligent in connection with
plaintiff's criminal prosecution in Placer County superior court.

        A substantial part of the events or omissions giving rise to the claim(s) occurred,
and the defendant named resides, in the counties of Sacramento and/or Placer, both of
which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).
Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28
U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for
the Eastern District of California.

        The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  August 27, 2007

                                               _____
                                               CHARLES R. BREYER
                                               United States District Judge

G:\PRO-SE\CRB\CR.07\Tavares, L1.or1.wpd