UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEONARDO TAVARES,

        Plaintiff,

  v.

MICHAEL FARLEY et al,

        Defendant.
                                          /

Case Number: CV07-04322 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonardo Tavares V-60068
P.O. Box # 8
Elk Creek, CA 95939

Dated: August 27, 2007

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk